**No. 45199.**—Protests 29970–K, etc., of Mutual Supply Co. et al. (San Francisco).

Opinion by BROWN, J. It was stipulated that certain items are similar to the fish passed upon in Abstract 39806. As to these the claim at 1¼ cents per pound under paragraph 717 (c) was sustained.

**No. 45200.**—Protest 3631–K of Pacific Trading Co., Inc. (Los Angeles).

Opinion by BROWN, J. It was stipulated that certain items are similar to the fish passed upon in Abstract 39806. As to these the claim at 1¼ cents per pound under paragraph 717 (c) was sustained.

**No. 45201.**—Petition 5860–R of United American Bosch Corp. (New York).

Opinion by BROWN, J. The petition was formally abandoned. It was therefore dismissed.

**No. 45202.**—Protests 32352–K, etc., of Dan Brechner & Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of rubber balloons similar to those passed upon in Abstract 40493. The claim at 45 percent under paragraph 409 was therefore sustained.

**No. 45203.**—Protests 895658–G, etc., of Abraham & Straus, Inc., et al. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of atomizers in chief value of decorated glass similar to those the subject of Abstract 44140. The claim at 60 percent under paragraph 218 (f) was therefore sustained.

**No. 45204.**—Protests 835695–G, etc., of Saks & Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of atomizers in chief value of decorated glass similar to those the subject of Abstract 44140. The claim at 60 percent under paragraph 218 (f) was therefore sustained.

**No. 45205.**—Protests 915663–G, etc., of Saks & Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of atomizers in chief value of decorated glass similar to those the subject of Abstract 44140. The claim at 60 percent under paragraph 218 (f) was therefore sustained.